B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–03871**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William Hopp | Vanessa Hopp |
| 907 Slayton | 907 Slayton |
| Palatine, IL 60074 | Palatine, IL 60074 |

Social Security / Individual Taxpayer ID No.:
　xxx–xx–1954　　　　　　　　　　　　　　xxx–xx–3077

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

　　　It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: <u>June 22, 2010</u>　　　　　　　　　<u>Kenneth S. Gardner, Clerk</u>
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 2         Date Rcvd: Jun 22, 2010
Case: 10-03871                 Form ID: b18                 Total Noticed: 46


The following entities were noticed by first class mail on Jun 24, 2010.
db/jdb         +William Hopp,   Vanessa Hopp,   907 Slayton,   Palatine, IL 60074-7149
aty            +Paul M Bach,   Law Offices of Paul M Bach,    P.O. Box 1285,   Northbrook, IL 60065-1285
aty            +Penelope N Bach,   Law Offices of Paul M. Bach,    P.O. Box 1285,   Northbrook, IL 60065-1285
15044050        American FINCO,   PO Box 59590,   Schaumburg, IL 60159-0590
15044052        American Finco,   P.O. Box 3038,   Evansville, IN 47730-3038
15044051        American Finco,   P.O. Box 2994,   Milwaukee, WI 53201-2994
15044053        American Home Mortgage,   1525 S. Beltline Road,    Coppell, TX 75019-4913
15044054       +American Home Mortgage Servicing, I,    PO Box 631730,   Irving, TX 75063-0002
15044062        Chase Auto Finance,   P.O. Box 182223,   Columbus, OH 43218-2223
15044063        Chase Auto Finance,   P.O. Box 901076,   Fort Worth, TX 76101-2076
15044064       +ChexSystems,   Attn Consumer Relations,    7805 Hudson Road Suite 100,   Saint Paul, MN 55125-1703
15044067        Citibank,   P.O. Box 688923,   Des Moines, IA 50368-8923
15044068        Citibank Client Services,   PO Box 769013,   San Antonio, TX 78245-9013
15044069        Citibank, N.A.,   P.O. Box 790110,   Saint Louis, MO 63179-0110
15044072       +Equifax Information Services,   P.O. Box 740256,    Atlanta, GA 30374-0256
15044073       +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
15044074      ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    P.O. Box 63900,   Cincinnati, OH 45263)
15044075        Fifth Third Bank - Chicago,   PO Box 630778,   Cincinnati, OH 45263-0778
15044076        First Nationa Bank of Omaha,   P.O. Box 2557,   Omaha, NE 68103-2557
15044079        Harris N.A.,   P.O. Box 6201,   Carol Stream, IL 60197-6201
15044078       +Harris N.A.,   111 W. Monroe Street,   PO Box 755,   Chicago, IL 60690-0755
15044080        Home Depot Credit Services,   Processing Center,    Des Moines, IA 50364-0500
15044081        Home Depot Credit Services,   PO Box 653000,   Dallas, TX 75265-3000
15044082        Paypal Buyer Credit,   P.O. Box 960080,   Orlando, FL 32896-0080
15044086        Shell Card Center,   P.O. Box 689151,   Des Moines, IA 50368-9151
15044087        Shell Oil,   P.O. Box 183018,   Columbus, OH 43218-3018
15044088        The Room Place,   PO Box 182273,   Columbus, OH 43218-2273
15044089        The Room Place,   P.O. Box 659704,   San Antonio, TX 78265-9704
15044090        TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
The following entities were noticed by electronic transmission on Jun 23, 2010.
tr             +EDI: QCLSTEEGE.COM Jun 22 2010 21:23:00      Catherine L. Steege, ESQ,   Jenner & Block,
                 353 N. Clark Street,   Chicago, IL 60654-4704
15044049        EDI: BANKAMER.COM Jun 22 2010 21:23:00      AAA Financial Services,   P.O. Box 851001,
                 Dallas, TX 75285-1001
15044048        EDI: BANKAMER.COM Jun 22 2010 21:23:00      AAA Financial Services,   PO Box 15026,
                 Wilmington, DE 19850-5026
15044056        EDI: BANKAMER.COM Jun 22 2010 21:23:00      Bank Of America,   PO Box 15026,
                 Wilmington, DE 19850-5026
15044055        EDI: BANKAMER.COM Jun 22 2010 21:23:00      Bank of America,   P.O. Box 851001,
                 Dallas, TX 75285-1001
15044057        EDI: RMSC.COM Jun 22 2010 21:23:00      Care Credit,   PO Box 981127,   El Paso, TX 79998-1127
15044058        EDI: RMSC.COM Jun 22 2010 21:23:00      Care Credit,   P.O. Box 960061,   Orlando, FL 32896-0061
15044060        EDI: CHASE.COM Jun 22 2010 21:23:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
15044059        EDI: CHASE.COM Jun 22 2010 21:23:00      Chase,   Cardmember Service,   P.O. Box 15153,
                 Wilmington, DE 19886-5153
15044061       +EDI: CAUT.COM Jun 22 2010 21:23:00      Chase Auto Finance,   P.O. Box 78067,
                 Phoenix, AZ 85062-8067
15044065        EDI: CITICORP.COM Jun 22 2010 21:23:00      Citi Cards,   P.O. Box 688901,
                 Des Moines, IA 50368-8901
15044066        EDI: CITICORP.COM Jun 22 2010 21:23:00      Citi Cards,   PO Box 6000,   The Lakes, NV 89163-6000
15044070        EDI: DISCOVER.COM Jun 22 2010 21:23:00      Discover Card,   P.O. Box 30395,
                 Salt Lake City, UT 84130-0395
15044071        EDI: DISCOVER.COM Jun 22 2010 21:23:00      Discover Card Services,   P.O. Box 15192,
                 Wilmington, DE 19850-5192
15044083       +EDI: SEARS.COM Jun 22 2010 21:23:00      Sears Card,   P.O. Box 183081,   Columbus, OH 43218-3081
15044084        EDI: SEARS.COM Jun 22 2010 21:23:00      Sears Gold Mastercard,   P.O. Box 6922,
                 The Lakes, NV 88901-6922
15044085        EDI: SEARS.COM Jun 22 2010 21:23:00      Sears Premier Card,   PO Box 6924,
                 The Lakes, NV 88901-6924
                                                                                               TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15044077      Gloria Abulrach
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dwilliams          Page 2 of 2               Date Rcvd: Jun 22, 2010
Case: 10-03871                Form ID: b18             Total Noticed: 46
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                    **Signature:**    *Joseph Speetjens*